## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

PENNYMAC HOLDINGS, LLC F/K/A  : No. 168 WM 2018
PENNYMAC MORTGAGE INVESTMENT  :
TRUST HOLDINGS I, LLC  :
   :
   :
   :
     v.  :
   :
   :
CHRISTINE SMITH, IN HER CAPACITY  :
AS HEIR OF FREDDIE BANKS,  :
DECEASED  FREDERICK H. BANKS, IN  :
HIS CAPACITY AS HEIR OF FREDDIE  :
BANKS, DECEASED THE UNITED  :
STATES ATTORNEY FOR THE  :
WESTERN DISTRICT OF PA UNKNOWN  :
HEIRS, SUCCESSORS, ASSIGNS, AND  :
ALL PERSONS, FIRMS, OR  :
ASSOCIATIONS CLAIMING RIGHT,  :
TITLE OR INTEREST FROM OR UNDER  :
FREDDIE BANKS, DECEASED  :
   :
   :
PETITION OF:  FREDERICK H. BANKS  :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of February, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.